Joseph D. Skoda
361 Mayfield Circle
Suisun City, CA 94585
(707)419-4928

FILED
DEC 07 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

AF HOLDINGS LLC,

    Plaintiff,

vs.    **Case No. 2:12-cv-01663-JAM-JFM**

JOSEPH SKODA,

    Defendant.

_____/

**DEFENDANT'S ANSWER TO SUMMONS OF COMPLAINT**

1. I have received the Plaintiff's Summons of Complaint and answer as follows:

2. I deny the allegations in paragraphs 1, 4, 6, 22, 23, 24, 25, 26, 27, 28, 29, 31, 34, 35, 36, 37, 38 and 39 of the Complaint.

3. I am without sufficient information or belief to admit or deny the allegations in paragraphs 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 32, and 33 in the Complaint, and thereby deny paragraphs 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 32, and 33 in the Complaint.

Respectfully,

Joseph D. Skoda