Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> ) <br> JOSEPH SKODA, ) <br> ) <br>     Defendant. ) <br> ) <br> _____) | **Case No. 2:12-cv-01663-JAM-JFM** <br><br> Judge: Hon. John F. Moulds <br> Date: January 31st, 2013 <br> Time: 11:00 AM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER** |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER**

    THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Defendant's Answer. In light of the points made in Plaintiff's Motion to Strike, as well as the Court's review of the pertinent portions of the record, it is hereby

    ORDERED that Plaintiff's Motion to Strike is GRANTED; it is further

    ORDERED that Defendant's Answer is STRICKEN from the record

IT IS SO ORDERED.

Per Local Rule 131(c) – Dated: December 19, 2012 /s/ Brett L. Gibbs, Esq.

DATED: _____       _____
                                                      United States Magistrate Judge