Joseph D. Skoda
361 Mayfield Circle
Suisun City, CA 94585
(707)419-4928

FILED

JAN 25 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AF HOLDINGS LLC,

    Plaintiff,

vs.                                     Case No. 2:12-cv-01663-JAM-JFM

JOSEPH SKODA,

    Defendant.
_____/

**DEFENDANT'S DEFENCE AGAINST PLAINTIFF'S MOTION TO STRIKE ANSWER**

    Defendant, Joseph Skoda, respectfully requests Honorable Judge John F. Moulds allow the answer filed on December 7, 2012 to stand in Case No. 2:12-cv-01663-JAM-JFM.

**FACTUAL BACKGROUND**

    On September 25, 2012, Defendant, Joseph Skoda, was served with an Amended Complaint from the Plaintiff. The Complaint stated the Defendant had 21 days to serve the Plaintiff with an answer to thus said complaint. On October 15, 2012, the Defendant emailed the Plaintiff with his answer attached within the 21 day period. The Defendant then filed the answer with the court on December 7, 2012. The Plaintiff claims the answer was filed 73 days late. Upon being served on September 25, 2012 with the Summons of Complaint, the Defendant had 21 days to answer the Complaint, starting September 26, 2012. The 21 day window expired October 16, 2012. The answer was filed late on December 7, 2012, 52 days late, not the accused 73 days.

**JUSTIFICATION**

    As the Defendant in this case, I feel that my answer should be allowed to stand in this case for several reasons.

    First, I did not neglect the opportunity I had to serve an answer upon Mr. Brett Gibbs. I emailed a signed copy of my answer to Mr. Gibbs on October 15, 2012, which was within the 21 day period the Summons stated I had to do so. Mr. Gibbs claims in his Motion for Entry of

Default Judgment that I have not responded in this case, either through an answer or motion, which is false. Even though my official answer was filed late with the Clerk of the Court, I had not been absent in this case and felt I was correct by directly engaging Mr. Gibbs with my answer.

Additionally, I do not feel that I was properly instructed on the procedures of the United States District Court in the Eastern District of California. The Summons of Complaint I was served with stated I was summoned to serve an answer to Mr. Brett Gibbs within 21 days. The summons also stated any answer must be filed with the Clerk of this Court "within a reasonable period of time after service." As a defendant without legal representation, this can be misleading in the fact that the summons never specifically stated I must file an answer with the Court within 21 days of service, but rather "within a reasonable period of time."

I ask that Honorable Judge John F. Moulds take these accounts into consideration during the hearing being held on January 31, 2013.

Very Respectfully,

Joseph D. Skoda