**YAHOO! MAIL**   Search Web   Hi Joseph

CONTACTS

- Inbox (3)
- Drafts
- Sent
- Spam
- Trash
- FOLDERS
- APPLICATIONS

SORT BY DATE

bigibbs@wefightpiracy.com   Answer   Oct 15, 2012

**Why is this site blocked?**
Websites are blocked or allowe

**How can I fix this issue?**

Why is thi
Websites ar

How can I
Users may
Process In

If the Blue C
it to your lo
Modification

Is access
If access is
or Function:
Integrated N

Before su
Using the in
use of gove
processing
etc. or sexu

Source IP:
Username:
Destination
URL:
Destination
Port:
Webfilter
Category:

EX. 1

Done   Internet | Protected Mode: On



Joseph Skoda
361 Mayfield Circle
Suisun City, CA 94585

4 October 2012

Brett L. Gibbs
Of Counsel to Prenda Law Inc
38 Miller Ave #263
Mill Valley, CA 94941

RE: AF Holdings LLC v. Joseph Skoda

Dear Mr. Gibbs

I have received your Summons of Complaint and answer as follows:

1. I deny the allegations in paragraphs 1, 4, 6, 22, 23, 24, 25, 26, 27, 28, 29, 31, 34, 35, 36, 37, 38 and 39 of the Complaint.
2. I am without sufficient information or belief to admit or deny the allegations in paragraphs 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 32 and 33 in the Complaint, and thereby deny paragraphs 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 32 and 33 in the Complaint.

Respectfully

*[signature]*
Joseph Skoda

EX. 3

Jena Koning
361 Mayfield Circle
Suisun City

19 September 2012

Mr. Brett L. Gibbs
Of Counsel to Prenda Law Inc
38 Miller Ave #263
Mill Valley, CA 94941

RE: AF Holdings LLC v. John Doe

Dear Mr. Gibbs,

I have received your offer of settlement demanding that I pay $4000.00 to settle a claim that copyrighted work, namely "Sexual Obsession "was downloaded to an IP address issued to me. I deny downloading this "work" and deny that I am responsible for the alleged copyright violation.

This is my notice to you that I dispute this allegation of a debt. As a result, I demand that you do not contact me further regarding this matter. This notice is given under the federal Fair Debt Collection Practices Act, 15 USC Section 1692C©, which requires that you honor this notice. If you contact me, this will create an additional cause of action that I may assert against you in legal proceedings.

Sincerely,

*Jena S Koning*
JENA KONING

ex. 4