Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>                Plaintiff,<br>        v.<br><br>JOSEPH SKODA,<br><br>                Defendant. | No. 2:12-cv-01663-JAM-JFM<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff AF Holdings LLC ("Plaintiff") and Defendant Joseph Skoda ("Defendant") hereby jointly stipulate to voluntary dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

Respectfully Submitted,

ANTI-PIRACY LAW GROUP

By: /s/ Paul Duffy

Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

Respectfully Submitted,

Joseph Skoda

By: [signature]

Joseph Skoda
361 Mayfield Circle
Suisun City, CA 94585
(707) 419-4928